UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACRISURE, LLC,

        Plaintiff,                              Case No. 1:22-cv-17

v.                                        Hon. Hala Y. Jarbou

MARC HUDAK,

        Defendant.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

      NOTICE is hereby given that the above-captioned case was removed from Kent County Circuit Court, and electronically filed in this court on January 7, 2022 .   The case has been assigned to Hala Y. Jarbou .
      The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) - Credit Card Payment* event.  For further information, see the <u>reference materials</u> available on the court website.

                                                              CLERK OF COURT

Dated:  January 7, 2022        By:    /s/ E. Siskind_____
                                                       Deputy Clerk