UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACRISURE, LLC,

    Plaintiff,

v.

MARC HUDAK,

    Defendant.

_____/

Case No. 1:22-cv-17

Hon. Hala Y. Jarbou

## ORDER

Defendant Marc Hudak removes this action from state court based on diversity jurisdiction. (*See* Corrected Notice of Removal, ECF No. 2.) Defendant has the burden of establishing subject matter jurisdiction. *See Paul v. Kaiser Found. Health Plan of Ohio*, 701 F.3d 514, 520 (6th Cir. 2012). Plaintiff is a limited liability company, but Defendant has failed to allege the citizenship of the company's members. *See V & M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010) (noting that limited liability companies have the citizenship of each of their members).

> When diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court needs to know the citizenship of each member of the company. And because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each "sub-member" as well.

*Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). The Court can raise this jurisdictional issue *sua sponte*. *Answers in Genesis of Ky., Inc. v. Creation Ministries Int'l, Ltd.*, 556 F.3d 459, 465 (6th Cir. 2009). Defendant's notice of removal is defective because neither it nor the complaint identifies the citizenship of the members of Acrisure, LLC.

Accordingly,

**IT IS ORDERED** that Defendant must **SHOW CAUSE** within fourteen days of the date of this order why the Court should not remand the case to state court for lack of subject matter

2

jurisdiction.  Defendant must file an amended notice of removal correcting the defect noted or demonstrate why such correction is not necessary.  Failure to comply will result in a remand.

Dated:   January 10, 2022                               /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        UNITED STATES DISTRICT JUDGE