UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACRISURE, LLC,

    Plaintiff,

v.

MARK HUDAK,

    Defendant.

_____/

Case No. 1:22-cv-17

Hon. Hala Y. Jarbou

# ORDER

The Court entered a consent judgment in this case on March 23, 2025 (ECF No. 171). On January 16, 2026, Plaintiff moved for an order to show cause (ECF No. 172) and alleged that Defendant had breached the settlement agreement. Defendant's attorney of record, Robert Angelillo, filed a response indicating that he no longer represented Defendant (ECF No. 174). The Court granted Angelillo's request to withdraw and ordered Defendant to respond within seven days by either directing an attorney to enter an appearance on his behalf or indicating his intent to proceed pro se (ECF No. 176). Angelillo sent this order to Defendant via email on January 20, 2026, and served the order via mail on January 22, 2026 (ECF No. 177). Over seven days have passed, and Defendant has not responded.

Accordingly,

**IT IS ORDERED** that Defendant is directed to show cause within fourteen days of entry of this Order why he should not be held in contempt of court for failure to comply with the Court's prior order (ECF No. 176). Failure to respond may also result in the Court granting the relief sought in Plaintiff's motion to enforce the settlement (ECF No. 172).

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail a copy of this Order with United States Postal Service tracking to the following addresses:

- Marc Hudak, Barclay Insurance Brokers, Ltd. 50 Glen Street, Glen Cove, New York 11542
- Marc Hudak, 124 Highland Road, Glen Cove, New York 11542
- Thomas J. Frank, Esq., The Frank Law Firm P.C., 71 New Street Huntington, New York 11743

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to email this order to the following email addresses: mhudak@barclaybrokers.com; thomas@frankfirmpc.com.

Dated: February 12, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE